# EXHIBIT 1

**EXHIBIT 1**



Secure Processing Center
25 Route 111, P.O. Box 1048
Smithtown, NY 11787

Sherice Dudley
5016 E 85th
Cleveland OH 44125

November 14, 2024

## NOTICE OF SECURITY INCIDENT

Dear Sherice Dudley:

AnnieMac Home Mortgage ("AnnieMac") is writing to inform you of a recent event that may impact the privacy of some of your information. AnnieMac is a nationwide mortgage loan provider, and we received your information in connection with the loan services we provide. This notice includes information about the event, our response, and resources we are making available to you to help protect your information, should you feel it appropriate to do so.

**What Happened?** On August 23, 2024, AnnieMac became aware of suspicious activity on certain systems within our network. In response, we promptly secured the affected systems, confirmed the security of our broader network, and initiated an investigation into the nature and scope of the event with assistance from third-party forensic specialists. The investigation determined that between August 21, 2024 and August 23, 2024, an unknown actor gained access to systems on our network and viewed and/or copied certain files from these systems. AnnieMac identified the affected files and conducted a time-intensive and comprehensive review process of the affected files to identify personal information, the individuals to whom it relates, and address information to be used for notifying impacted individuals. That process was recently completed, and we are notifying you because the investigation determined certain information related to you was contained within the affected files.

**What Information Was Involved?** Our investigation determined that your name and Social Security number were present within the affected files. Please note that at this time, there is no indication your information has been used to commit identity theft or fraud in relation to this event.

**What We Are Doing.** The confidentiality, privacy, and security of personal information within our care are among AnnieMac's highest priorities. Upon becoming aware of this event, we promptly commenced an investigation and response that included confirming the security of our systems, investigating to determine the information that may be impacted, and reviewing the contents of relevant data for sensitive information. As part of our ongoing commitment to the privacy of information in our care, we have implemented additional security measures to further protect against similar incidents occurring in the future. We also reported this event to applicable state and federal government regulators.

As an added precaution, we are offering credit monitoring and identity theft protection services for twelve (12) months through CyEx, at no cost to you. Please note that you will not be automatically enrolled in these services. Should you wish to do so, you will need to enroll yourself in these services, as we are not able to do so on your behalf. You may find instructions on how to enroll in these services in the enclosed *Steps You Can Take to Help Protect Personal Information*.

**What You Can Do.** We encourage you to remain vigilant against incidents of identity theft and fraud by reviewing your account statements and monitoring your free credit reports for suspicious activity and to detect errors over the next 12 to 24 months. More information and helpful resources can be found in the attached *Steps You Can Take to Help Protect Personal*